UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
—-------------------------------------------

Devin Fernandez
On behalf of himself and all others similarly situated       Case No.    1:25-cv-1097
V.

Inna Chern DDS, Inc.

-------------------------------------------

## CERTIFICATE OF SERVICE

The undersigned certifies that on __ 07/02/2025 __, a copy of
(Date of Service/Mailing)

Request for Certificate of Default
_____,
(Title of Document(s) served)
was deposited in an enclosed, properly addressed postage-paid envelope, and served by

United State Postal Service
_____
(Method of Delivery, e.g., Federal Express Overnight, U.S. Post Office Priority Mail…..)
upon the following *[below specify the name and mailing address of each party served]*:

Inna Chern DDS Inc.
New York General Dentistry
133 East 58th Street
Suite 406
New York, NY 10022

Dated:   7/2/2025

Signature   s/Rami Salim
Print   Rami Salim
Address:   One University Plaza
           Hackensack NJ 07601
Phone:  201-282-6500
Email:   rsalim@steinsakslegal.com