UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
DAVID FERNANDEZ, On Behalf of himself
and all others similarity situated,

                    Plaintiffs,

    -against-

INNA CHERN DDS, INC.,

                    Defendant.
---------------------------------------x

Case No. 1:25-cv-01097-RPK-CHK

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stephen L. Brodsky, Esq., Mazzola Lindstrom LLP, hereby appears as an attorney on behalf of Defendant, Inna Chern DDS, Inc. in the above-captioned matter, and demands that copies of all pleadings, papers, notices, and other communications relating to this action be served upon the undersigned.

Dated: New York, New York
       October 28, 2025

Respectfully submitted,

**MAZZOLA LINDSTROM, LLP**

Stephen L. Brodsky
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel. 646-250-6666
stephen@mazzolalindstrom.com

*Attorneys for Defendant*