# MAZZOLA LINDSTROM LLP

Stephen L. Brodsky<br>
Partner<br>
stephen@mazzolalindstrom.com<br>
O. 646.216.8300  M. 516.314.1407

November 25, 2025

**VIA ECF**

Hon. Rachel P. Kovner, USDJ, EDNY
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re: Devin Fernandez v. Inna Chern DDS, Inc. (1:25-cv-01097-RPK-CHK)**

Dear Judge Kovner:

      We represent Defendant Inna Chern DDS, Inc. ("Defendant") in the above-captioned case.

      Pursuant to the Bundling Rule in Your Honor's Individual Practice Rules, we respectfully file this cover letter notifying the Court of Defendant's motion to dismiss Plaintiff's First Amended Complaint (DE 18), which consists of a Notice of Motion, Memorandum of Law, and Declaration of Andrew Cromer, previously already filed as DE 16-1, annexed as Exhibit A thereto.

      The Notice of Motion is without stated return date per Your Honor's Rules, and moves the Court for: (1) a judgment dismissing Plaintiff's First Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction and failure to state a legally sufficient claim; (2) such other and further relief as this Court may deem just and proper: and (3) if, the motion is denied, a grant of thirty days from the Court's decision by which Defendant may interpose an answer to the First Amended Complaint in accordance with Rule 12(a)(4) of the Federal Rules of Civil Procedure.

      Defendant's Notice of Motion and Memorandum of Law are each marked as served upon Plaintiff's counsel on November 25, 2025, in accordance with your Rules. This cover letter will be served upon Plaintiff's counsel by ECF filing. Additionally, this cover letter, with the Notice

of Motion, Memorandum of Law, and Exhibit A, will all be served today, this November 25, 2025, by e-mail and FedEx, on Plaintiff's counsel of record.

                    Respectfully submitted,

                    **MAZZOLA LINDSTROM LLP**

By: _____
            Stephen L. Brodsky

cc:  Counsel of Record (via ECF)